IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR DIXON,

    Plaintiff,

v.

VALLEY STATE PRISON CUSTODY AND MEDICAL STAFF, et al.,

    Defendants.

 /

No. C 15-00096 DMR (PR)

**ORDER OF TRANSFER**

    This action was opened on January 8, 2015, when the Court received from Inmate Arthur Dixon a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

    On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Clerk further notified him that this action would be dismissed if he did not submit a complaint on the proper form and a completed *in forma pauperis* application within twenty-eight days. In addition, the Clerk also notified Plaintiff in writing that this matter has been assigned to the undersigned Magistrate Judge.

    On January 28, 2015, Plaintiff filed his completed *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff also submitted an incomplete *in forma pauperis* application. Finally, Plaintiff has consented to magistrate judge jurisdiction.

    The acts complained of occurred at Valley State Prison, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk shall transfer the case forthwith.

If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail them to that district.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: February 4, 2015

DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).